ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
NATHANIEL J. WALTERS
Assistant U.S. Attorney
Arizona State Bar No. 029708
ANNA R. WRIGHT
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: nathaniel.walters@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>1. Natalie Renee Hoffman,<br>(Counts 1-3)<br><br>2. Oona Meagan Holcomb,<br>(Counts 2-3)<br><br>3. Madeline Abbe Huse,<br>(Counts 2-3)<br><br>4. Zaachila I. Orozco-McCormick,<br>(Counts 2-3)<br><br>Defendants. | Mag. **17-00339MJ**<br><br><u>INFORMATION</u><br><br>Violations:<br><br>50 C.F.R. § 35.5<br>(Operating A Motor Vehicle in a Wilderness Area)<br>Count 1<br><br>50 C.F.R. § 26.22(b)<br>(Entering a National Wildlife Refuge Without a Permit)<br>Count 2<br><br>50 C.F.R. § 27.93<br>(Abandonment of Property)<br>Count 3<br><br>CLASS B MISDEMEANORS |

THE UNITED STATES ATTORNEY ALLEGES:

## COUNT 1

On August 13, 2017, in the Cabeza Prieta National Wildlife Refuge, in the District of Arizona, NATALIE RENEE HOFFMAN used a motor vehicle in a wilderness area designated by federal law without lawful authority in violation of Title 16, United States Code, Section 668dd(c) and (f)(2), and Title 50, Code of Federal Regulations, Section 35.5.

## COUNT 2

On August 13, 2017, in the Cabeza Prieta National Wildlife Refuge, in the District of Arizona, OONA MEAGAN HOLCOMB, NATALIE RENEE HOFFMAN, MADELINE ABBE HUSE, and ZAACHILA I. OROZCO-MCCORMICK, the defendants herein, entered a national wildlife refuge without a permit in violation of Title 16, United States Code, Section 668dd(c) and (f)(2), and Title 50, Code of Federal Regulations, Section 26.22(b).

## COUNT 3

On August 13, 2017, in the Cabeza Prieta National Wildlife Refuge, in the District of Arizona, OONA MEAGAN HOLCOMB, NATALIE RENEE HOFFMAN, MADELINE ABBE HUSE, and ZAACHILA I. OROZCO-MCCORMICK, the defendants herein, abandoned, discarded, or otherwise left personal property in a national wildlife refuge in violation of Title 16, United States Code, Section 668dd(c) and (f)(2), and Title 50, Code of Federal Regulations, Section 27.93.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

12/6/17
Date

NATHANIEL J. WALTERS
Assistant U.S. Attorney