# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Natalie Renee Hoffman,<br>Oona Meagan Holcomb,<br>Madeline Abbe Huse,<br>Zaachila Isabel Orozco-Mccormick,<br><br>    Defendants. | 17-00339M(BGM)<br><br>**ORDER** |

The Court having considered Defendants' Unopposed Motion to Unseal Docket Numbers 75 and 81 [Doc. 93], and good cause appearing, therefore;

**IT IS ORDERED** the Motion is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk's Office shall unseal Docket Number 75 and Docket Number 81, as public.

Dated this 27th day of September, 2018.

_____
Honorable Bruce G. Macdonald
United States Magistrate Judge