Anne Chapman (State Bar No. 025969)
MITCHELL, STEIN, CAREY, CHAPMAN, PC
One Renaissance Square
2 North Central Avenue, Suite 1450
Phoenix, AZ 85004
anne@mscclaw.com
Telephone: (602) 388-1232

Jonathan D. Hacker (*pro hac vice*)
Ephraim McDowell (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street NW
Washington, DC 20006
jhacker@omm.com
emcdowell@omm.com
Telephone: (202) 383-5300

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>  *Plaintiff*,<br><br>  v.<br><br>Natalie Renee Hoffman, Oona Meagan Holcomb, Madeline Abbe Huse, Zaachila I. Orozco-McCormick,<br><br>  *Defendants*. | Case No. 4:17-mj-00339-BPV<br><br>**DEFENDANTS' NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA PURSUANT TO LOCAL RULE OF CRIMINAL PROCEDURE 58.2** |

1    Pursuant to Local Rule of Criminal Procedure 58.2, notice is hereby given that
2  Natalie Renee Hoffman, Oona Meagan Holcomb, Madeline Abbe Huse, and Zaachila I.
3  Orozco-McCormick ("defendants") appeal to the U.S. District Court for the District of
4  Arizona from the judgments entered by the Magistrate Judge on March 4, 2019 in Case
5  No. 4:17-mj-00339-BPV.  *See* Doc. Nos. 183–186.  In addition, defendants appeal all
6  prior rulings and orders encompassed in those judgments, including, without limitation,
7  the Order entered on March 1, 2019 (Doc. No. 182), the Order entered on January 18,
8  2019 (Doc. No. 166), the Order entered on December 28, 2018 (Doc. No. 136), and the
9  Order entered on June 1, 2018 (Doc. No. 68).

    Respectfully submitted this 14th day of March 2019:


            By: */s/ Jonathan D. Hacker*

            Jonathan D. Hacker
            Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2019, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathaniel J. Walters, Esq. (email: Nathaniel.walters@usdoj.gov)
Anna R. Wright, Esq. (email: Anna.wright@usdoj.gov)
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Ste. 4800
Tuscon, AZ 85701
Attorneys for Plaintiff

*/s/ Jonathan D. Hacker*
Jonathan D. Hacker